# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paul M Davis,<br><br>    Plaintiff,<br><br>v.<br><br>Keller Williams Realty Incorporated,<br><br>    Defendant. | No. CV-24-00736-PHX-MTL<br><br>**ORDER** |

The Court having reviewed the Parties' Stipulation of Dismissal with Prejudice, and good cause appearing,

**IT IS ORDERED** granting the Stipulation (Doc. 23).

**IT IS FURTHER ORDERED** that, as to Plaintiff Paul M. Davis, this action is dismissed with prejudice. As to any putative class member, this action is dismissed without prejudice.

**IT IS FURTHER ORDERED** that each party to bear its own attorneys' fees and costs.

**IT IS FINALLY ORDERED** that the Clerk of the Court shall enter a judgment of dismissal and close this case.

Dates this 31st day of October, 2024.

Michael T. Liburdi
United States District Judge